UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BONNIE LINHART, ET AL.,**

   Plaintiff,

v.                                                   No. 4:23-cv-0241-P

**U.S. BANK TRUST NATIONAL**

**ASSOCIATION,**

   Defendant.

## ORDER

Defendant removed this case from Tarrant County District Court on March 9th, 2023. ECF No. 1. The Parties were immediately notified that they must comply with Local Rule 83.10(a), which requires the appearance of local counsel, defined as "a member of the bar of this court who resides or maintains the attorney's principal office in this district *and* whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." N.D. TEX. CIV. R. 83.10(a) (emphasis added). ECF No. 2. Defendant filed a Motion for leave to proceed without local counsel on March 17, 2023, which was denied the same day. ECF Nos. 3, 4. A review of the record reveals—despite the Court's warnings that this would result in the case being remanded to state court—that Defendant has yet to comply with Local Rule 83.10(a).

Accordingly, it is **ORDERED** that this case be **REMANDED** to the 236th Judicial District Court in Tarrant County, Texas. The Clerk of this Court is **INSTRUCTED** to mail a certified copy of this Order to the District Court of Tarrant County, Texas.

**SO ORDERED** on this **24th day** of **March 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE

2